UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PILOT VESSEL GOLDEN GATE, OFFICIAL NUMBER 990713, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-04413-AGT<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 33 |

The Court ordered Plaintiff to "either voluntarily dismiss all claims against the *in rem* defendant or explain why dismissal [wasn't] warranted by June 12, 2026." Dkt. 33 at 2. Plaintiff didn't take either action by June 12, 2026.

In light of Plaintiff's silence, the Court orders Plaintiff to show cause, by July 2, 2026, for why this case shouldn't be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: June 26, 2026

Alex G. Tse
United States Magistrate Judge